ARMAMENT SYSTEMS AND
PROCEDURES, INC.,
Plaintiff–Appellant,

v.

IQ HONG KONG LIMITED, Zen Design Group Limited, Sun Yu, Emissive Energy Group, Vector Products, Inc. (doing business as Vector Manufacturing Ltd.), General Parts, Inc. (doing business as Carquest Auto Parts of West Allis Wisconsin), Carquest Management Services, Inc., Mills Fleet Farm, Inc., Northland Fishing Tackle, Inc., Target Corporation, JSA, Inc. (doing business as Excell Marketing LLC), Harriet Carter Gifts Incorporated, Bandwagon Incorporated, C Crane Company, Inc., and Radio Shack Corporation, Defendants,

and

Team Products International, Inc.,
Defendants–Appellees.

Nos. 2008–1291 to 2008–1298.

United States Court of Appeals,
Federal Circuit.

Sept. 16, 2008.

Steven E. Feldman, Philip D. Segrest Jr., Sherry L. Rollo, Husch Blackwell Sanders Welsh & Katz, Chicago, IL, for Plaintiff–Appellant.

Maurice E. Gauthier, Gauthier & Connors LLP, Boston, MA, Craig M. Scott,

Christine K. Bush, Duffy, Sweeney & Scott, Ltd., Providence, RI, Mark A. Cantor, Thomas W. Cunningham, Brooks Kushman P.C., Southfield, Mi, John R. Petitjean, Hinkfuss Sickel Petitjean & Wieting, Green Bay, WI, Mark R. Kramer, Principal Attorney, Anderson Group SC, Delafield, WI, for Defendants.

Jonathan H. Margolies, Katherine W. Schill, Michael Best & Friedrich, LLP, Milwaukee, WI, for Defendants and Defendants–Appellees.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Keith Russell JUDD, Plaintiff–
Appellant,

v.

Marques MARTIN, Warden, and Federal Communications Commission,
Defendants–Appellees.

No. 2008–1592.

United States Court of Appeals,
Federal Circuit.

Sept. 22, 2008.

Keith Russell Judd, Texarkana, TX, pro se.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendants–Appellees.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**John B. FOX, Warden, Defendant–Appellee.**

No. 2008–1593.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2008.

Keith Russell Judd, Texarkana, TX, pro se.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ADVANCED MAGNETIC CLOSURES, INC., Plaintiff–Appellant,**

and

**David Jaroslawicz and Jaroslawicz & Jaros, LLC, Movants–Appellants,**

and

**Abelman, Frayne & Schwab, Movant–Appellant,**

v.

**ROME FASTENER CORPORATION, Rome Fastener Sales Corporation, Romag Fasteners, Inc., and Rings Wire, Inc., Defendants–Appellees.**

Nos. 2008–1539, 2008–1540, 2008–1541.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2008.